IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-01972-WYD-KMT

TEAH REMLEY,

      Plaintiff,

v.

ENHANCED RECOVERY COMPANY, LLC, a Delaware limited liability company,

      Defendant.

---

## ORDER OF DISMISSAL

---

In accordance with the Notice of Dismissal With Prejudice, this case is

**DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with each

party to pay her or its own attorney's fees and costs.

Dated:  August 20, 2012

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge